UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY GIARMO,<br><br>Plaintiff,<br><br>v.<br><br>FRENCHTOWN CHARTER TOWNSHIP, et al.,<br><br>Defendants. | Case No. 26-cv-11675<br><br>Honorable Robert J. White |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the stipulation of the parties hereto, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDER AND ADJUDGED that all claims asserted by Plaintiff, Kimberly Giarmo, against Defendants, Frenchtown Charter Township, Michigan, David Uhl, and Alan Vanwashenova, be dismissed with prejudice and without costs, interest, or attorney fees awarded to any party.

SO ORDERED.

Dated: October 8, 2026

s/Robert J. White
Robert J. White
United States District Judge

**STIPULATED TO:**

/s/David M. Alcenius (w/ permission)
David M. Alcenius (P87557)
Attorney for Plaintiff

/s/Robert J. Seibert
Robert J. Seibert (P32098)
Attorney for Defendants